1   ERSKINE & TULLEY
    A PROFESSIONAL CORPORATION
2   MICHAEL J. CARROLL (St. Bar #50246)
    220 Montgomery Street, Suite 303
3   San Francisco, CA  94104
    Telephone:  (415) 392-5431
4
    Attorneys for Plaintiff
5

6

7

8                 UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  NORTHWEST ADMINISTRATORS, INC.,    )      NO.  C 09 2140 MMC
                                       )
12                  Plaintiff,         )      ORDER ~~TO CONTINUE~~ CONTINUING
                                       )      CASE MANAGEMENT
13          vs.                        )      CONFERENCE
                                       )
14  ALLWOOD DOOR COMPANY, etc.,        )
                                       )
15                  Defendant.         )
    _____)
16

17          IT IS ORDERED that the Case Management Conference in this

18  case originally set for August 28, 2009 be continued to December

19  4, 2009 at 10:30 a.m. in Courtroom 7, 19th Floor, 450 Golden Gate

20  Avenue, San Francisco, CA.

21  Dated:__August 20, 2009_____    _____
                                            Judge Maxine M. Chesney
22

23

24

25

26

27

28

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1