IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C-09-2140 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ALLWOOD DOOR COMPANY, | |
| Defendant / | |

In light of the pendency of plaintiff's Motion for Default Judgment, filed November 17, 2009 and noticed for hearing on January 8, 2010, the Case Management Conference is hereby CONTINUED from December 4, 2009 to February 19, 2010.  A Case Management Statement shall be filed no later than February 12, 2010.

**IT IS SO ORDERED.**

Dated:  November 30, 2009

MAXINE M. CHESNEY
United States District Judge