IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. C-09-2140 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT; VACATING JANUARY 8, 2010 HEARING** |
| v. | |
| ALLWOOD DOOR COMPANY, | |
| Defendant | |

Before the Court is plaintiff's Motion for Default Judgment, filed November 17, 2009. No opposition has been filed.

Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for January 8, 2010, and, for the reasons stated in the motion, hereby GRANTS the motion, as follows:

1. Plaintiff is entitled to contributions in the amount of $2075.25.

2. Plaintiff is entitled to liquidated damages in the amount of $415.05.

3. Plaintiff is entitled to prejudgment interest in the amount of $65.89.

4. Plaintiff is entitled to recover costs in the amount of $400, which costs the Court finds were reasonably incurred.

5.  Plaintiff is awarded the sum of $540 in attorney's fees, which fees the Court finds were reasonably incurred.

Accordingly, plaintiff shall have judgment against defendant in the amount of $2556.19, together with costs and fees in the amounts of $400 and $540, respectively.

**IT IS SO ORDERED.**

Dated:  December 23, 2009

MAXINE M. CHESNEY
United States District Judge