IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHWEST ADMINISTRATORS, INC.,

        Plaintiff,

  v.

ALLWOOD DOOR COMPANY,

        Defendant.
_____/

No. CV-09-2140 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Plaintiff is entitled to contributions in the amount of $2075.25.

    2. Plaintiff is entitled to liquidated damages in the amount of $415.05.

    3. Plaintiff is entitled to prejudgment interest in the amount of $65.89.

    4. Plaintiff is entitled to recover costs in the amount of $400, which costs the Court finds were reasonably incurred.

5. Plaintiff is awarded the sum of $540 in attorney's fees, which fees the Court finds were reasonably incurred.

Accordingly, plaintiff shall have judgment against defendant in the amount of $2556.19, together with costs and fees in the amounts of $400 and $540, respectively.

Dated: December 29, 2009

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk